RECEIVED

AUG 1 7 2011

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| C. S. (XXX-XX-1948) | CIVIL ACTION NO. 09-cv-0612 |
| VERSUS | JUDGE STAGG |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **reversed** and, pursuant to sentence four of 42 U.S.C. § 405(g), is **remanded** to the Commissioner for further proceedings consistent with the court's decision.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of August, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE